UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDYL PRICE,

    Plaintiff,

v.                                                 CASE NO. 8:17-cv-1968-T-23TGW

ALLY FINANCIAL, INC.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 10), the action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on February 2, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE